PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for JPMorgan Chase Bank, N.A.,
Chase Auto Finance, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** | **Proceedings In Chapter 13** |
| **GARY FOLKERTH AND THERESA FOLKERTH,** | **No. 2:09-12890 PHX RTB** |
| **Debtors.** | **OBJECTION TO CHAPTER 13 PLAN** |

JPMorgan Chase Bank, N.A., Chase Auto Finance, Inc., a secured creditor in the above captioned matter (hereinafter "Chase"), by and through its attorneys, Patricia Doyle-Kossick, P.L.C., herewith submits its objection to the Chapter 13 plan on the grounds that it fails to meet the statutory requirements set out in § 1325 of the United States Bankruptcy Code.

Chase is the owner and holder of a purchase money security agreement covering collateral described as:

2008 Saturn Aura, VIN 1G8ZS57BX8F222974.

True and correct copies of the Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement and Arizona lien verification evidencing Chase's first, valid, prior and perfected security interest and lien upon the collateral are attached hereto as Exhibits "A" and "B" and are incorporated herein by reference. The balance due and owing to Chase as of the date of the bankruptcy filing was $17,236.97, plus accrued and accruing interest at the rate of

7.9% per annum.  Monthly payments on this account are $333.57.  The account is delinquent for the April 27, 2009 payment and each payment thereafter.

**Pursuant to §1325(a) Chase's claim must be paid the full balance.**

The debtors entered the financing with Chase in May, 2008.  The contact with Chase is a purchase money contract with the funds being specifically used for the purchase of the 2008 Saturn.  Under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, revised Section 1325(a) does not permit a chapter 13 plan to adjust, modify or "cram down" a purchase money secured claim on a motor vehicle acquired for the personal use of the debtor, that was incurred within 910 days prior to the bankruptcy filing date.  The debtors' loan with Chase was incurred less than 910 days from the date of filing, and is a purchase money loan for the purchase of a motor vehicle, presumably used primarily for personal purposes.

The debtors' chapter 13 plan attempts to cram down Chase's claim.  The plan only provides to pay $15,600.00 on Chase's claim.  The loan is less than 910 old and the debtors may not cram down the loan with Chase.  The plan must provide to pay the full balance of $17,236.97.

**Adequate Protection Must be 1% of the Secured Claim.**

Chase is entitled to adequate protection of its secured claim as of the date the petition was filed.  The plan provides adequate protection of $149.30 per month.  Chase requests one percent (1%) of the claim to be paid inside the plan as adequate protection payment, or $174.00 each and every month be paid to Chase immediately, beginning from the first plan payment received by the Trustee and continuing until Chase begins to receive its usual plan payments on its secured claim.

**WHEREFORE**, JPMorgan Chase Bank, N.A., Chase Auto Finance, Inc.,  respectfully requests that the Chapter 13 plan as proposed be denied confirmation.

**RESPECTFULLY SUBMITTED** this 21st day of July, 2009.

PATRICIA DOYLE-KOSSICK, P.L.C.

*/s/ Patricia Doyle-Kossick*  SBN 010217

PATRICIA DOYLE-KOSSICK

Copy of the foregoing mailed
the 21st day of July, 2009 to:

Gary Folkerth
Theresa Folkerth
634 S. 230th Avenue
Buckeye, AZ  85326

Joseph W. Charles
P.O. Box 1737
Glendale, AZ  85311-1737

Russell Brown
3838 N. Central Avenue, Suite 800
Phoenix, AZ  85012-1965

*/s/ Patricia Doyle-Kossick*