IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA



FILED

OCT - 1 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Gary Folkerth & Theresa Folkerth,<br><br>Debtor(s).<br><br>Mortgage Electronic Registration Systems, Inc., as nominee for CITIMORTGAGE, INC.,<br><br>Movant,<br>vs.<br><br>Gary Folkerth and Theresa Folkerth, Debtors; and Russell Brown, Trustee,<br><br>Respondent(s). | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-12890-RTB<br><br>**(CHARLES G. CASE, II)**<br><br>ORDER OF RECUSAL<br>(CITIMORTGAGE, INC.) |

Before the court is the Motion For Relief From the Automatic Stay filed by Mortgage Electronic Registration Systems, Inc., as nominee for CITIMORTGAGE, INC. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this __1__ day of October, 2009.

Honorable Redfield T. Baum
United States Bankruptcy Judge

10/02/2009

Copy of the foregoing
mailed this __/__ day of
October, 2009 to:

Mark S. Bosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Third Floor
Phoenix, Arizona 85016

Joseph W. Charles
P.O. Box 1737
Glendale, Arizona 85311-1737

Gary & Theresa Folkerth
634 South 230th Avenue
Buckeye, Arizona 85326

Russell Brown
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965

by _____
   Judicial Assistant