JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:     (623) 939-6718
attyjcharles@joe charles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>GARY FOLKERTH and THERESA FOLKERTH,<br><br>　　　　Debtors.<br>_____<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for CITIMORTGAGE, INC.<br><br>　　　　Movant,<br><br>　　vs.<br><br>GARY FOLKERTH and THERESA FOLKERTH, Debtors; and RUSSELL A. BROWN, Trustee,<br><br>　　　　Respondents.<br>_____ | Case No. 2:09-bk-12890-RTB<br><br><br><br><br><br><br>OBJECTION TO MOTION<br> FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>RE: Real Property Located at<br>634 S. 230th Ave.<br>Buckeye, AZ 85326 |

　　　　COMES NOW the debtors, STEVEN GARY FOLKERTH and THERESA

FOLKERTH, by and through counsel undersigned, and hereby responds and objects

to Movant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for CITIMORTGAGE, INC.'s Motion for Relief from the Automatic Stay as follows:

1. Debtor disputes the amount in arrears;
2. Movant has not shown to have proof of standing;
3. According to the documents submitted by Movant, the deed of trust is in the name of "MTH Mortgage, LLC.";
4. There is no evidence that the deed was released or transferred; and
5. The only evidence of any interest in the property by CitiMortgage, Inc. is from Movant's own website.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 8th day of October, 2009.

                     JOSEPH W. CHARLES, P.C.

                     By /s/ Joseph W. Charles
                         JOSEPH W. CHARLES
                         5704 W. Palmaire Avenue
                         P.O. Box 1737
                         Glendale, Arizona 85311
                         Attorney for Debtors

| | |
|---|---|
| 1 | COPY of the foregoing |
| 2 | mailed this 8th day of |
| | October, 2009, to: |
| 3 | |
| 4 | Mark Basco |
| | Leonard J. McDonald |
| 5 | Tiffany & Basco, P.A. |
| | 2525 E. Camelback Road |
| 6 | Suite 800 |
| | Phoenix, AZ 85016 |
| 7 | Attorney for Movant |
| 8 | |
| | Russell A. Brown |
| 9 | 3838 N. Central Ave. |
| | Suite 800 |
| 10 | Phoenix, AZ 85012-1965 |
| 11 | Trustee |
| 12 | By: /s/ C. Short |