# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-19238/8393212

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gary  Folkerth and Theresa Folkerth<br><br>       Debtors.<br>_____<br>CitiMortgage, Inc.<br><br>       Secured Creditor,<br>  vs.<br><br>Gary  Folkerth and Theresa Folkerth, Debtors;<br>Russell A. Brown, Trustee.<br><br>       Respondents. | No. 2:09-bk-12890-RTB<br><br>Chapter 13<br><br>OBJECTION TO CHAPTER 13 PLAN |

      CitiMortgage, Inc., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

      1.     The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to CitiMortgage, Inc., pursuant to the proof of claim in the amount of .   Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2. The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 30th day of October, 2009.

    Respectfully submitted,

    TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
October 30, 2009 to:

Gary Folkerth and Theresa Folkerth
634 S. 230th Avenue
Buckeye, AZ 85326
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ 85012-1965
Trustee


By: LaTricia Martin