**TIFFANY & BOSCO**
**P.A.**
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19238/8393212

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE:<br><br>Gary Folkerth and Theresa Folkerth<br>　　　　Debtors.<br><br>CitiMortgage, Inc.<br><br>　　　　Movant,<br>　vs.<br><br>Gary Folkerth and Theresa Folkerth, Debtors;<br>Russell A. Brown, Trustee.<br><br>　　　　Respondents. | No. 2:09-bk-12890-RTB<br><br>Chapter 13<br><br>MOTION TO WITHDRAW<br>MOTION FOR RELIEF FROM THE<br>AUTOMATIC STAY<br><br>(Relating to docket #25) |
|---|---|

  Movant, CitiMortgage, Inc., by its attorney undersigned, moves to withdraw its Motion for

///

Relief from Automatic Stay without prejudice.

DATED this 5th day of November, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

COPY of the foregoing mailed
November 5, 2009 to:

Gary Folkerth and Theresa Folkerth
634 S. 230th Avenue
Buckeye, AZ  85326
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ  85311-1737
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave Suite 800
Phoenix, AZ  85012-1965
Trustee

By  Ismael G. Solano