PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for JPMorgan Chase Bank, N.A.,
Chase Auto Finance, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | **Proceedings In Chapter 13** |
| **GARY FOLKERTH AND THERESA FOLKERTH,** | **No. 2:09-12890 PHX RTB** |
| Debtors. | **NOTICE OF HEARING ON JPMORGAN CHASE BANK'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |

On or about July 21, 2009, JPMorgan Chase Bank, N.A., filed an objection to confirmation of the Debtors' chapter 13 plan. Chase is secured by a 2008 Saturn Aura, VIN 1G8ZS57BX8F222974. The objection is based on the fact that the Debtors' loan was incurred less than 910 days from the date of the bankruptcy filing and must be paid in full pursuant to §1325(a). Counsel for Chase has contacted the Debtors' counsel in an effort to resolve the objection, but the objection remains unresolved.

NOTICE IS HEREBY GIVEN that a hearing on JPMorgan Chase Bank's objection to the plan is scheduled for the 16th day of December, 2009 at 11:00 a.m. at the United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Courtroom #703, Phoenix, Arizona, for the purposes of hearing the objection.

**RESPECTFULLY SUBMITTED** this 25th day of November, 2009.

Page 1
Case 2:09-bk-12890-RTB    Doc 39    Filed 11/25/09    Entered 11/25/09 14:18:45    Desc
Main Document    Page 1 of 2

| | |
|---|---|
| | PATRICIA DOYLE-KOSSICK, P.L.C. |
| | /s/ *Patricia Doyle-Kossick* SBN 010217 |
| | PATRICIA DOYLE-KOSSICK |

Copy of the foregoing mailed
the 25th day of November, 2009 to:

Gary Folkerth
Theresa Folkerth
634 S. 230th Avenue
Buckeye, AZ 85326

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

Russell Brown
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85012-1965

*/s/ Patricia Doyle-Kossick*