SO ORDERED.

Dated: December 29, 2009

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

TIFFANY & BOSCO
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19238/8393212

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Gary Folkerth and Theresa Folkerth<br>   Debtors.<br>_____<br>CitiMortgage, Inc.<br><br>       Movant,<br>   vs.<br><br>Gary Folkerth and Theresa Folkerth, Debtors;<br>Russell A. Brown, Trustee.<br><br>       Respondents. | No. 2:09-bk-12890-RTB<br><br>Chapter 13<br><br>O R D E R<br><br><br>(Relating to docket 25 ) |

IT IS HEREBY ORDERED that Movant's Motion for Relief from the Automatic Stay is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.

SIGNED this _____ day of _____, 2009.

_____
JUDGE OF U.S. BANKRUPTCY COURT