Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 13 |
| GARY FOLKERTH, | Case No. 2-09-BK-12890 RTB |
| and | **TRUSTEE'S RECOMMENDATION ON AMENDED PLAN** |
| THERESA FOLKERTH, | (3/1/10) |
| Debtors. | |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs. Trustee notes the following problems, which must be resolved before recommending confirmation of the Plan:

(1) The Amended Plan made a few relevant changes but remains deficient:

(a) The amount of attorney fees in paragraph (C)(2) was lowered, but not in paragraph (F);

(b) The Amended Plan fails to provide for the correct amount of prepetition mortgage arrears to CitiMortgage and fails to provide for HSBC (# 3);

(c) Citimortgage is not entitled to interest on the prepetition mortgage arrears; and

(d) The Amended Plan fails to meet the best interest of creditors test. The order confirming plan to provide that unsecured claims must be paid at least $1,653.00 before the Plan is deemed completed.

(2) The provisions of the original Recommendation still apply and are incorporated herein.

(3) Plan funding is inadequate. Debtor counsel to properly provide adequate funding in the order confirming plan. The Trustee estimates required funding to be $40,000.00.

(3) Other requirements:

1  (a) Due to the possibility of errors on the claims docket, it is the attorney's responsibility to review all proofs of claim filed with the Court and resolve any discrepancies between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the Trustee.

 (b) Requests by the Trustee for documents and information are not superseded by the filing of an amended plan or motion for moratorium.

 (c) The Trustee will object to any reduction in the Plan duration or payout in a proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

 (d) The Trustee requires that any proposed Order Confirming Plan state: "The Plan and this Order shall not constitute an informal proof of claim for any creditor."

 (e) To expedite the order review process, counsel should use the recommended form for the order confirming plan found at http://www.maney13trustee.com/mcforms2.htm.

 (f) Any order confirming plan to provide that the Debtors will give the Trustee a copy of the 2009 through 2011 federal and state income tax returns, including all attachments, forms, schedules and statements, within fifteen days of filing them.

 SUMMARY: Pursuant to Local Rule 2084-10, **by March 1, 2010,** Debtors are to resolve all the above issues and provide the Trustee with a proposed order confirming plan that meets all requirements, or the Trustee could lodge a dismissal order.

Copy mailed to:

Gary Folkerth
Theresa Folkerth
634 South 230th Avenue
Buckeye, Arizona   85326
Debtors

Joseph W. Charles
Attorney at Law
P.O. Box 1737
Glendale, Arizona    85311
Attorney for Debtors

- 2 -

Case 2:09-bk-12890-RTB    Doc 45    Filed 02/08/10    Entered 02/08/10 17:31:49    Desc
Page 2 of 2