**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Tel: 623-939-6546
Fax: 623-939-6718
Email: attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorneys for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA, PHOENIX DIVISION**

| | |
|---|---|
| In Re: ) | Chapter 13 Proceedings |
| ) | |
| **GARY FOLKERTH and** ) | Case No. 2:09-bk-12890-RTB |
| **THERESA FOLKERTH**, ) | |
| ) | **AMENDED MOTION FOR** |
| Debtors. ) | **EXTENSION OF TIME TO** |
| ) | **COMPLY WITH** |
| ) | **TRUSTEE'S RECOMMENDATIONS** |
| _____) | |

COMES NOW, the Debtors, GARY FOLKERTH and THERESA FOLKERTH, by and through counsel undersigned, and hereby move this Court for a 45 day extension of time to comply with the Trustee's Recommendations until April 12, 2010.

Debtors and Debtors' counsel are working to resolve issues and comply with the Trustee's Recommendations.

THEREFORE, the Debtors request that this Court grant an extension to April 12, 2010 in order to meet the Trustee's recommendations or evaluate the Debtors' options in this matter.

1

RESPECTFULLY SUBMITTED this 26th day of February, 2010.

**JOSEPH W. CHARLES, P.C.**

By: /s/Joseph W. Charles
Joseph W. Charles
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorney for Debtors

ORIGINAL of the foregoing was
electronically filed with the Clerk of the Court
and a COPY was mailed this 26th day of
February, 2010 to:

Russell Brown
Chapter 13 Trustee
3838 N. Central Avenue, Suite 800
Phoenix, AZ 85012-1965


 /s/ S. Borek