1  **JOSEPH W. CHARLES, P.C.**
2  5704 West Palmaire Avenue
   P.O. Box 1737
3  Glendale, Arizona 85311-1737
   Phone: (623) 939-6546
4  Fax:    (623) 939-6718
   Email: LawOffice@JoeCharles.com
5
   JOSEPH W. CHARLES
6  State Bar No. 003038
7  Attorney for Debtors

8
              IN THE UNITED STATES BANKRUPTCY COURT
9
                   FOR THE DISTRICT OF ARIZONA
10

11  In re:                              Chapter 13 Proceedings

12  **GARY FOLKERTH**                   Case No. 2:09-BK-12890-RTB

13  **and**                             **STIPULATION and ORDER TO**
14  **THERESA FOLKERTH**                **REINSTATE CHAPTER 13**
                                        **BANKRUPTCY**
15                      Debtors.

16
17          The  Debtors, GARY FOLKERTH  and THERESA FOLKERTH by and

18  through counsel undersigned and Russell Brown, the Chapter 13 Trustee hereby

19  Stipulate to Reinstate the above referenced case as the Debtor is:

20          1.  Current on all plan payments; and

21          2.  Has provided all documents as requested by the Trustee's

    Recommendations; and
22          3.  The Debtors have filed an Order Confirming the Debtors Chapter 13 Plan.

23

24          RESPECTFULLY SUBMITTED this 5th day of November, 2010

25

26

27

28

                              - 1 -



Digitally signed by Russell
Brown
DN: cn=Russell Brown,
o=Chapter 13 Trustee, ou,
email=mail@ch13bk.com, c=US
Date: 2010.11.05 16:56:07
-07'00'

Russell Brown
Chapter 13 Trustee
P.O. box 33970
Phoenix  AZ  85067-3970

JOSEPH W. CHARLES, P.C.
/s/  Joseph W. Charles
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

– 2 –