**SO ORDERED.**

Dated: November 08, 2010



_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| Gary Folkerth and Theresa Folkerth, | Case No. 2:09-bk-12890-RTB |
| | **ORDER** |
| Debtor. | |

Pursuant to the Motion to Reinstate Chapter 13 Bankruptcy, and good cause appearing;

**IT IS HEREBY ORDERED** that the above-captioned Chapter 13 proceeding is hereby reinstated.

**DONE IN OPEN COURT** this _____ day of _____, 2010.

_____
Honorable Redfield T. Baum Sr.
United States Bankruptcy Court

- 1 -