SO ORDERED.

Dated: November 09, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Gary Folkerth<br>and<br>Theresa Folkerth,<br><br>Debtor. | Chapter 13 Proceedings<br><br>Case No. 2:09-bk-12890-RTB<br><br>**ORDER TO WITHDRAW DOCUMENT #61 SECOND AMENDED PLAN** |

Pursuant to the Motion to with draw document number 61 the second amended plan in the debtors Chapter 13 Bankruptcy, and good cause appearing;

**IT IS HEREBY ORDERED** that the above-captioned document be withdrawn.

**DONE IN OPEN COURT** this _____ day of _____, 2010.

_____
Honorable Redfield T. Baum Sr.
United States Bankruptcy Court