**SO ORDERED.**

**Dated: January 24, 2011**

**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**GARY FOLKERTH AND THERESA FOLKERTH,**<br><br>Debtors. | Proceedings in Chapter 7<br><br>**No. 2:09-bk-12890-RTB** |
| **JPMORGAN CHASE BANK, N.A.; CHASE AUTO FINANCE, INC.,**<br><br>Movant,<br><br>vs.<br><br>**GARY FOLKERTH AND THERESA FOLKERTH**, Debtors, and **DALE D. ULRICH**, Trustee,<br><br>Respondents. | ORDER TERMINATING THE AUTOMATIC STAY |

Movant, JPMORGAN CHASE BANK, N.A.; CHASE AUTO FINANCE, INC., having filed a Motion Seeking Termination of the Automatic Stay, through its counsel Patricia Doyle-Kossick, P.L.C.; the Debtors, GARY FOLKERTH AND THERESA FOLKERTH, and the trustee, DALE D. ULRICH, having failed to file an objection to the Motion or the proposed form of Order; the Court having considered the allegations contained in the Motion, the Court finds that the property described as:

2008 Saturn Aura XE, VIN 1G8ZS57BX8F222974

is subject to a valid, perfected security interest and lien of Movant, which interest has not been afforded adequate protection; and good cause appearing therefor, it is

ORDERED, ADJUDGED AND DECREED that the Automatic Stay Against Lien Enforcement in effect with regard to the property described as:

2008 Saturn Aura XE, VIN 1G8ZS57BX8F222974

is terminated as to JPMORGAN CHASE BANK, N.A.; CHASE AUTO FINANCE, INC.

DATED this _______ day of ________________________, 2011.

______________________________________

UNITED STATES BANKRUPTCY JUDGE

Unsigned copy of the foregoing mailed
this 28th day of December, 2010 to:

Gary Folkerth
634 S. 230th Avenue
Buckeye, AZ 85326

Theresa Folkerth
634 S. 230th Avenue
Buckeye, AZ 85326

Harry J. Lenaburg
Joseph W. Charles
Law Offices of Joseph W. Charles, P.C.
PO Box 1737
Glendale, AZ 85311-1737

Dale D. Ulrich
PMB-615 1928 E. Highland, #F104
Phoenix, AZ 85016-4626

*/s/ Patricia Doyle-Kossick*